AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>KENNETH DEGIORGIO,<br><br>_Defendant(s)_ | ) ) ) ) Case No. 25-327(M)<br>) )<br>) )<br>) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 31, 2025__ in the county of _____—_____ in the __judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(4) | Assault with Maritime and Territorial Judirisdiciton of the United States |

This criminal complaint is based on these facts:

The government seeks the Court to impose standard conditions of release via a summons. Reviewed by AUSA Pedro R. Casablanca (PRC)

☑ Continued on the attached sheet.

_____
_Complainant's signature_

FBI SA William P. Waters
_Printed name and title_

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico on April 1, 2025. at 7:05 PM

Date: 4/1/2025

City and state: San Juan, PR

_____
_Judge's signature_

Hon. Giselle Lopez-Soler
_Printed name and title_