RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 2025.04.04 09:41:01 -04'00'

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>KENNETH DEGIORGIO,<br>Defendant. | INFORMATION<br><br>Criminal No. 25-178-MAJ<br><br>Violations:<br>18 U.S.C. § 113(a)(4)<br><br>ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE
### Assault
### (18 U.S.C. § 113(a)(4))

On or about March 31, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

KENNETH DEGIORGIO,

at a place within the special maritime and territorial jurisdiction of the United States, namely the high seas as described in 18 U.S.C. § 7, did assault the victim identified as M.A., by striking, beating or wounding him in violation of 18 U.S.C. § 113(a)(4).

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Deputy Chief, Violent Crimes

Pedro R. Casablanca
Assistant U.S. Attorney