# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**KENNETH DEGIORGIO,**<br>**Defendant.** | CRIM. NO. 25-178 (MAJ) |

## MOTION TO RESTRICT DOCUMENT # 11

The United States, by and through the undersigned attorneys, respectfully states and prays:

1. On April 9, 2025, the United States filed a pleading that is self-explanatory related to the above captioned case (the "Pleading"). ECF Doc. No. 11

2. In compliance with this Court's Standing Order No. 9 dated January 30, 2013, the United States respectfully requests that the Pleading be accepted by the Court for filing with the following level of restriction: *Selected Parties.*

3. The United has filed the Pleading with the requested level of restriction because the level of restriction requested is necessary to protect the confidentiality of the matters detailed in the Pleading and otherwise avoid adverse results from dissemination of the information detailed in the Pleading.

4. As more fully set forth in the Pleading, the protection of the information detailed in the Pleading outweighs the presumption of public access.

**WHEREFORE**, the United States respectfully prays the Court accept and file the Pleading under the requested restriction level, and issue and ORDER directing the Pleading to remain under such restriction level until further order by the Court.

## CERTIFICATE OF SERVICE

I CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record as requested in the electronic system.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on April 9, 2025.

        **W. STEPHEN MULDROW**
        United States Attorney

        *s/Pedro R. Casablanca*
        **Pedro R. Casablanca**
        Assistant United States Attorney
        USDC No. 219811
        United States Attorney's Office
        Chardón Tower, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Tel: (787) 282-1182
        Fax: (787) 772-4012
        pedro.r.casablanca@usdoj.gov