| | |
|---|---|
| United States of America,<br>    *Plaintiff*,<br><br>          v.<br><br>Kenneth DeGiorgio,<br>    *Defendant*. | CRIM NO. 25-178 (MAL-GLS) |

## <u>MOTION REQUESTING ORDER</u>

TO THE HONORABLE COURT:

COMES NOW *Kenneth DeGiorgio*, through the undersigned attorney, and respectfully states and prays as follows:

1. The arraignment is set for today, Monday, April 14, 205, at 1:00 p.m

2. On Thursday, April 10, 2025, the defense filed a Motion for Waiver of Physical Presence at Arraignment, Dkt. 14, duly signed by Mr. DeGiorgio and his attorneys.

3. The defense requests, in the first instance, that the arraignment scheduled for today be continued for one week to allow the Court to evaluate Mr. DeGiorgio's Fed.R.Crim.P.10(b) waiver.

4. In the event the Court is not inclined to accept the waiver, the defense reiterates the above-referenced request for a short continuance of the arraignment and requests that the re-scheduled arraignment be held through video–teleconferencing as provided by Fede.R.Crim.P. 10(c). Mr. DeGiorgio is a resident of the State of California

5. A.U.S.A. Pedro Casablanca has be0ne consulted on this motion and does not object to the same.

**WHEREFORE,** the defense respectfully requests that the Court grant the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this the 14th day of April, 2025.

**LAW OFFICES OF**
**FRANCISCO REBOLLO-CASALDUC**
P.O. Box 195571
San Juan, Puerto Rico, 00919
Tel. 787-362-0811

*s/Francisco Rebollo-Casalduc*
Francisco Rebollo-Casalduc
USDC-PR No. 205603
rebollolaw@gmail.com

## CERTICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Francisco Rebollo-Casalduc*