IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

CRIMINAL NO. 25-178 (MAJ-GLS)

**KENNETH DEGIORGIO,**
Defendant(s).

## **INFORMATIVE MOTION REGARDIDNG STATUS OF ORDER**

COMES NOW, the United States of America, by and through the undersigned attorney and very respectfully states and prays that:

On or about April 10, 2025, the Honorable Court issued an order instructing Virgin Voyages to produce certain documents to the government as part of the discovery phase of this case. The undersigned was contacted by attorney Gilda Chavez who represents Virgin Voyages, and she requested 10 additional days to comply with the Court's order. The undersigned has no objection as to this extension.

Therefore, the government moves the Court to issue an extension of 10 days to Virgin Voyages to comply with the Court's Order and produce the documents requested for on or before April 25, 2025.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of April 2025.

**W. STEPHEN MULDROW**
**UNITED STATES ATTORNEY**

*s/ Pedro R. Casablanca*
**Pedro R. Casablanca**
Assistant United States Attorney
USDC No. 219811
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918
Tel: 787-282-1824
Fax: 787-766-5398
Pedro.r.casablanca@usdoj.gov
